# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

March 4, 2022

**Via ECF**
The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Williams v. CHS Services, Inc. et al*
Case No. 21-cv-06700

Dear Judge Azrack:

We are counsel to Plaintiff. We respectfully submit this letter to inform the Court that Plaintiff wishes to withdraw her claims without prejudice at this time and has submitted, jointly with this letter, a stipulation of voluntary dismissal.

For clarity, there has been no settlement of the matter between the parties, and there is no settlement for the Court to review under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

In response to Defendants' Letter Motion filed on March 1, 2022 [Dkt. 11], Plaintiff feels that this case is more appropriate for state court. Rather than oppose Defendants' motion, Plaintiff has agreed to dismiss this action and the parties jointly request that the Court dismiss this action without prejudice.

We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.